UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80869-CIV-HURLEY/HOPKINS

AARON RUSSO,

     Plaintiff,

v.

OUTBACK STEAKHOUSE
OF FLORICA, LLC, et al.,

     Defendants.

_____/

### ORDER OF CLOSE OUT

**THIS CAUSE** is before the court upon the parties' joint stipulation of dismissal with prejudice [DE # 3] filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) on September 16, 2008. There being nothing further for the court to resolve, it is hereby **ORDERED** and **ADJUDGED** that:

1.    All claims in this matter are **DISMISSED WITH PREJUDICE.**

2.    Any pending motions not otherwise ruled upon are **DENIED AS MOOT.**

3.    The Clerk of the Court shall enter the case as **CLOSED.**

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this __6__ day of October, 2008.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*